<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| KRA J. GRANT,<br><br>        Plaintiff,<br><br>    v.<br><br>UMDNJ-UCHC- RUTGERS UNIVERSITY, et al.,<br><br>        Defendants. | Civil Action No. 16-5164 (SDW) (LDW)<br><br><br>**ORDER**<br><br><br>November 22, 2016 |

**WIGENTON**, District Judge.

  Before this Court is the Report and Recommendation ("R&R") entered on November 2, 2016 by Magistrate Judge Leda D. Wettre ("Judge Wettre"), recommending that Plaintiff's motion to remand this action to the Superior Court of New Jersey be denied. Plaintiff did not file an objection to the R&R.

  This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

  **ORDERED** that the R&R of Judge Wettre (Dkt. No. 7) is **ADOPTED** as the conclusions of law of this Court.

  **SO ORDERED**.

                    <u>s/ Susan D. Wigenton, U.S.D.J.</u>

Orig: Clerk
cc:  Parties
    Magistrate Judge Wettre